(*Matter of Lane* v. *Lane Iron Works, ante*, p. 50.) Van Kirk, P. J., Davis, Hinman, Hill and Hasbrouck, JJ., concur. Award against the insurance carrier reversed and claim remitted, with costs to the insurance carrier against the State Industrial Board to abide the event.

JOHN MIHALCHO, Respondent, *v.* MASSACHUSETTS FIRE AND MARINE INSURANCE COMPANY, Appellant.

PER CURIAM. The question of increased hazard is a proper subject for expert evidence. (*Cornish* v. *Farm Buildings Fire Ins. Co.*, 74 N. Y. 295; *Leitch* v. *Atlantic Mutual Ins. Co.*, 66 id. 100; *Carroll* v. *Home Insurance Co.*, 51 App. Div. 149.) Evidence of an offer to compromise was not competent. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. Judgment and order reversed on the law and new trial granted, with costs to the appellant to abide the event.

FRED JOHNSON, Appellant, v. GEORGE F. PALMER, Respondent. FRED JOHNSON, Appellant, v. MERTON SLATER, Respondent.— In the action of *Johnson* v. *Palmer:* Judgment reversed on the law on the authority of *Judson* v. *Fielding* (227 App. Div. 430; affd., 253 N. Y. 596) and new trial granted, with costs to the appellant to abide the event. In the action of *Johnson* v. *Slater:* Judgment reversed on the law on the authority of *Judson* v. *Fielding* (227 App. Div. 430; affd., 253 N. Y. ——) and on the ground that there was a question of fact as to the negligence of the defendant and contributory negligence of the plaintiff; and new trial granted, with costs to the appellant to abide the event. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of GEORGE W. FISHER, Respondent, against JOHN K. TURTON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of AGOSTINO D'ANDREA, Respondent, against MICHAEL WIELANDT, JR., and/or MICWIEL COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ARGINE BECHELLI, Respondent, against FELICE RECUPERO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STEPHEN WERENJEHIK and Others, Respondents, against ULEN CONTRACTING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of KATHLEEN M. CARROLL, Respondent, against